# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEFINA GONZALEZ-PEREZ,<br>  aka "Magdalena Gonzalez-Valenzuela,"<br>  aka "Elizabeth Bejarano-Maria,"<br><br>Defendant. | Case No. 2:20-mj-00980-VCF<br><br>**Order on Stipulation<br>to Extend Deadlines to Conduct<br>Preliminary Hearing and<br>File Indictment** |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled on 11/30/2020, 2020 at the hour of 4:00 p.m., be vacated and continued to 3/1/2021 at 4:00 PM in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

DATED this 17 day of November, 2020.

*/s/ Cam Ferenbach*
HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE